United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 10, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-34683 |
| **EMERGENCY HOSPITAL SYSTEMS, LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |
| § | |

**ORDER**
*Concerning ECF No. 6*

      Pending before the Court is a single matter self-styled as "Moparty Family Limited Partnership and KARE Family Limited Partnership LTD's Emergency Motion to Dismiss Unauthorized Chapter 11 Petition and Related Adversary Proceeding"[1] (the "*Motion*") filed by Moparty Family Limited Partnership and KARE Family Limited Partnership LTD (collectively "*Movants*") on October 9, 2024. Movants seek emergency relief "immediately."[2] However, pursuant to Local Rule 9013-1(i), an expedited motion must include a detailed statement as to why an emergency exists and must be certified for its accuracy by the party seeking the emergency relief or by its counsel.[3] Movants' Motion does not contain a detailed statement as to why an emergency exists, nor does it include a certification for its accuracy by the party seeking the expedited relief.[4] As such, emergency consideration of the Motion is denied. Therefore, the Motion will be heard in due course. Accordingly for the reasons enumerated above, it is therefore:

**ORDERED** that:

1. Emergency relief as requested in "Moparty Family Limited Partnership and KARE Family Limited Partnership LTD's Emergency Motion to Dismiss Unauthorized Chapter 11 Petition and Related Adversary Proceeding"[5] is DENIED.

2. "Moparty Family Limited Partnership and KARE Family Limited Partnership LTD's Emergency Motion to Dismiss Unauthorized Chapter 11 Petition and Related Adversary Proceeding"[6] will be heard in due course.

   SIGNED October 10, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 6.

[2] ECF No. 6 at 2.

[3] Bankruptcy Local Rules 9013-1(i), available at: https://www.txs.uscourts.gov/page/bankruptcy-local-rules

[4] ECF No. 6.

[5] ECF No. 6.

[6] ECF No. 6.