United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 17, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-34683 |
| **EMERGENCY HOSPITAL SYSTEMS, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |
| | § | |

**ORDER
SETTING ELECTRONIC HEARINGS**
*ECF Nos. 16, 17 and 38*

1. On **Monday, October 21, 2024**, **at 8:30 a.m., (Central Standard Time)** the Court will conduct an electronic evidentiary hearings on Debtor's Emergency Motion to Use Cash Collateral, ECF No. 16, Emergency Motion for Authority to Pay Certain Claims of Critical Vendors, ECF No. 17, and Emergency Motion for Authority to Pay Pre-petition Wages, ECF No. 18, before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. No later than Thursday, October 17, 2024, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED October 17, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge