United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-34683 |
| EMERGENCY HOSPITAL SYSTEMS, LLC, | § § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER ABATING
### [ECF Nos. 32 and 33]

The hearings on Order for Electronic Initial Chapter 11 Status Conference, ECF #32, and Order for Electronic Hearing on Appointment of Patient Care Ombudsman, ECF #33, currently scheduled for Friday, November 8, 2024, are hereby **abated** pending further Oder of this Court.

SIGNED November 5, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge