United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-34683 |
| **EMERGENCY HOSPITAL SYSTEMS,** § | |
| **LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

### ORDER
*Resolving ECF No. 6.*

Pending before the Court is a single matter self-styled as "Moparty Family Limited Partnership and KARE Family Limited Partnership LTD's Emergency Motion to Dismiss Unauthorized Chapter 11 Petition and Related Adversary Proceeding"[1] No. 23-3206 (the "*Motion to Dismiss*") filed by Moparty Family Limited Partnership and KARE Family Limited Partnership LTD. On October 24, 2024, the Court held a hearing, ordered briefing, and for all the reasons stated in this Court's accompanying Memorandum Opinion it is therefore:

**ORDERED:** that

1. "Moparty Family Limited Partnership and KARE Family Limited Partnership LTD's Emergency Motion to Dismiss Unauthorized Chapter 11 Petition and Related Adversary Proceeding"[2] No. 24-3206 filed by Moparty Family Limited Partnership and KARE Family Limited Partnership LTD, is DENIED.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED December 5, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 6.
[2] ECF No. 6.